**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kristin Lee Dilworth** | Social Security number or ITIN | **xxx−xx−7843** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **Eastern District of Michigan**

Case number: **17−40149−tjt**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kristin Lee Dilworth

4/25/17

**By the court:** /s/ Thomas J. Tucker
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Michigan

In re:
Kristin Lee Dilworth
Debtor

Case No. 17-40149-tjt
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0645-2 User: clewi Page 1 of 2 Date Rcvd: Apr 25, 2017
Form ID: 318 Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.

db +Kristin Lee Dilworth, 1459 Blossom Ave, Ypsilanti, MI 48198-3360
24520239 +AMCOL Systems, Inc., Amcol Systems, Inc., Po Box 21625, Columbia, SC 29221-1625
24520241 Equifax Credit Information Services, Inc, O.O. Box 740241, Atlanta, GA 30374
24520242 +Experian, P.O. Box 2002, Allen, TX 75013-2002
24520245 +Medicredit Inc., Po Box 1629, Maryland Heights, MO 63043-0629
24520246 +Merchants & Medical, 6324 Taylor Rd, Flint, MI 48507-4685
24520249 +Money Recovery Nationw, Po Box 13129, Lansing, MI 48901-3129
24520251 +Paul Ingber, 3000 Town Center Ste. 2390, Southfield, MI 48075-1122
24520252 +Paul Ingber, 3000 Town Center Ste. 2350, Southfield, MI 48075-1192
24520255 +St. Joseph Mercy Health System, C/O Paul Ingber, 3000 Town Center Suite 2390, Southfield, MI 48075-1122
24520256 #+Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035
24520261 +TSI, Po Box 15270, Wilmington, DE 19850-5270
24520260 TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

24520238 +E-mail/Text: ascb@comcast.net Apr 25 2017 22:27:19 Allstate Credit Bureau, Attn: Bankruptcy, 19315 West 10 Mile Road, Southfield, MI 48075-6596
24520240 +Fax: 602-659-2196 Apr 25 2017 23:40:11 ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703
24520243 EDI: IRS.COM Apr 25 2017 22:18:00 Internal Revenue Service, Insolvency Group 2, 880 Front Street, San Diego, CA 92101-8869
24520247 +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Apr 25 2017 22:28:56 Michigan Department of Treasury, Collection/Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909-7668
24520248 +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Apr 25 2017 22:28:56 Michigan Department of Treasury, Collection/Bankruptcy Unit, P.O. Box 30199, Lansing, MI 48909-7699
24520250 +E-mail/Text: egssupportservices@egscorp.com Apr 25 2017 22:28:19 NCO Financial Systems, Inc., 507 Prudential Rd., Horsham, PA 19044-2308
24520253 EDI: RECOVERYCORP.COM Apr 25 2017 22:18:00 Recovery Management Systems Corporation, 25 S.E. Avenue, Suite 1120, Miami, FL 33131
24520254 EDI: NEXTEL.COM Apr 25 2017 22:18:00 Sprint Bankruptcy Department, P.O. Box 7949, Overland Park, KS 66207
24520257 +EDI: RMSC.COM Apr 25 2017 22:18:00 Syncb/Lord & Taylor, Po Box 965064, Orlando, FL 32896-5064
24520258 +EDI: RMSC.COM Apr 25 2017 22:18:00 Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064
24520259 +E-mail/Text: crwkflw@firstdata.com Apr 25 2017 22:28:45 TeleCheck Services, Inc., 5251 Westheimer, Houston, TX 77056-5416

TOTAL: 11

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

24520244* ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114)

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:

John Robert Keyes on behalf of Debtor Kristin Lee Dilworth ecf@robertkeyeslaw.com, chris@robertkeyeslaw.com;R40283@notify.bestcase.com

Timothy J. Miller trustee@schneidermiller.com, MI45@ecfcbis.COM;assistant@schneidermiller.com

TOTAL: 2